UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
RUBEN LANDON DANTE,

                                    Plaintiff,

    - against -                                            **ORDER**

JASON BROWN, CHRISTOPHER TERRY,            No. 24-CV-3930 (CS)
INTERNATIONAL MARKETS LIVE, INC.,
dba IM MASTERY ACADEMY, and
IM ACADEMY,

                                  Defendants.
---------------------------------------------------------------x

Seibel, J.

        Plaintiff Ruben Landon Dante, who is proceeding *pro se*, attempted to file two documents on September 10, 2025, relating to his attempts to serve Defendant Christopher Terry. These documents were not docketed because the PDFs were malformed.  Upon submitting these documents, Plaintiff received an autogenerated email from the Pro Se Intake Unit stating the following:

> For any submission, if your document does not appear on the ECF docket within two business days, it has not met the required standards for electronic filing.  If so, you must submit your document to the court in paper form by (a) sending your document by mail, or overnight delivery service, to the appropriate courthouse listed below; or (b) delivering your document in-person to the appropriate courthouse listed below between the hours of 9:30 AM to 1:30 PM; or (c) depositing your document after hours in the court's night depository box at the 500 Pearl Street, NY, NY courthouse.

        If Plaintiff wishes the Court to consider his filings, he must refile them in a format that complies with the Court's ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf-related-instructions, or submit them in paper form as outlined above.

**SO ORDERED.**

Dated: September 17, 2025
      White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.